# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY VALDES;<br><br>Plaintiff,<br><br>v.<br><br>FED-EX FREIGHT; DAVID DILIBERTI; DOES 1-50, inclusive,<br><br>Defendants. | **Case No. 5:25−cv−02460 KK (DTBx)**<br><br>[San Bernardino County Superior Court Case No. CIVSB2523017]<br><br>~~**[PROPOSED]**~~ **ORDER REMANDING THIS ACTION TO STATE COURT [14]**<br><br>*[Filed concurrently with Stipulation for an Order Remanding this Action to State Court Jurisdiction]*<br><br>Complaint Filed:  August 11, 2025<br>Trial Date:         None |

322523

1

/ / /

# [PROPOSED] ORDER

Based on the Parties' Stipulation and good cause showing, the Court hereby ORDERS as follows:

1. Defendant FedEx Freight Inc.'s Opposition to Plaintiff's Motion to Remand the Case to State Court is deemed withdrawn and the hearing date vacated;

2. Plaintiff's damages in this action, which includes his claims for past and future economic damages, past and future noneconomic damages, punitive damages, attorney's fees, and litigation costs and expenses, do not satisfy the jurisdictional amount-in-controversy requirement of $75,000; and

3. The action is hereby **remanded** to state court for all further proceedings. (JS-6)

**IT IS SO ORDERED.**

DATED: 11/4/2025                    By: _____
                                    HON. KENLY KIYA KATO
                                    UNITED STATES DISTRICT JUDGE